EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes

TRACY A. HINO        #3202
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 0 7 2005
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,          )<br>                              )<br>    vs.                       )<br>                              )<br>                              )<br>                              )<br> GEORGE M. SMITH, JR.,        )<br>                              )<br>           Defendant.         )<br>_____) | CR. NO. CR05-00234 DAE<br><br>INDICTMENT<br><br>[18 U.S.C. §§ 1028(a)(7),<br>1028(b)(1)(D), 1028(c)(3)(A),<br>1029(a)(2); 42 U.S.C. § 408<br>(a)(7)(B)] |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about, July 18, 2001, within the District of Hawaii, GEORGE M. SMITH, JR., for the purpose of obtaining a social security card bearing the name and social security number

of a person identified herein as "JS" and with the intent to deceive, did falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

### COUNT 2

The Grand Jury further charges that:

On or about, July 18, 2001, within the District of Hawaii, GEORGE M. SMITH, JR., for the purpose of obtaining a Hawaii State Identification card bearing the name of a person identified herein as "JS" and with the intent to deceive, did falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

### COUNT 3

The Grand Jury further charges that:

On or about, August 15, 2001, within the District of Hawaii, GEORGE M. SMITH, JR., for the purpose of obtaining a Hawaii State Identification card bearing the name of a person

identified herein as "JS" and with the intent to deceive, did falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

### COUNT 4

The Grand Jury further charges that:

From on or about July 20, 2001, to on or about September 6, 2001, in the District of Hawaii, GEORGE M. SMITH, JR. knowingly and with intent to defraud, used one or more unauthorized access devices issued by: 1) Sears; 2) Zales; and 3) Office Depot, during any one-year period, to wit: from on or about July 20, 2001, and ending on or about July 20, 2002, and by such conduct obtained anything of value aggregating $1,000 or more during that period, thereby having an affect on interstate and foreign commerce, as set forth below:

| Access Device Issuer | Total Charges |
| --- | --- |
| Sears | $1,001.02 |
| Zales | $8,003.11 |
| Office Depot | $3,661.63 |

In violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT 5

The Grand Jury further charges that:

From on or about July 20, 2001, to on or about August 16, 2001, in the District of Hawaii, GEORGE M. SMITH, JR. did knowingly use, without lawful authority, a means of identification of another person, to wit: the name and social security number of a person identified herein as "JS", with intent to commit and to aid and abet any unlawful activity that constitutes a violation of federal law, to wit: access device fraud (Title 18, United States Code, Section 1029(a)(2)) as set forth in Count 4 of this Indictment, and the use of the means of identification affected interstate and foreign commerce.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

In violation of Title 18, United States Code, Sections 1028(a)(7), (b)(1)(D), and (c)(3)(A).

DATED: ___JUN - 7 2005___, 2005 at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney


United States v. George M. Smith, Jr.
Cr. No. _____
"Indictment"

5