EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

TRACY A. HINO #3202
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00234 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S SENTENCING |
| vs. | ) | STATEMENT; CERTIFICATE |
| | ) | OF SERVICE |
| | ) | |
| GEORGE M. SMITH, JR., | ) | |
| | ) | Date:  April 3, 2006 |
| Defendant. | ) | Time:  1:30 p.m. |
| | ) | Judge: David A. Ezra |
| _____ | ) | |

GOVERNMENT'S SENTENCING STATEMENT

   Comes now the United States of America, by and through its attorneys, and hereby states that it has received and reviewed the document entitled, "Draft Presentence Report."

   At this time, the Government has no additional proposed amendments, modifications, or additional factual information.

The Government reserves the right to reply to any proposed amendments, modifications, or additional information offered by the Defendant.

DATED: February 9, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Tracy A. Hino
   TRACY A. HINO
   Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Loretta Faymonville   <u>loretta_faymonville@fd.org</u>   February 9, 2006

Served by hand-delivery:

ROY KAWAMOTO
U.S. Probation Officer
PJKK Federal Building
Honolulu, Hawaii 96850

DATED:  February 9, 2006, at Honolulu, Hawaii.

<u>/s/ Valerie Domingo</u>
U.S. Attorney's Office
District of Hawaii