ORIGINAL

THIS DOCUMENT FILED UNDER SEAL PURSUANT TO AMENDED GENERAL ORDER REGARDING GUIDELINE SENTENCING filed on August 22, 1990

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE  #3947
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
Email:        fpdhi@hotmail.com



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 17 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Attorney for Defendant
GEORGE M. SMITH, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO.  05-00234 DAE-01 |
| Plaintiff, | ) RESPONSE TO DRAFT<br>) PRESENTENCE REPORT; |
| vs. | ) EXHIBIT A; CERTIFICATE OF<br>) SERVICE |
| GEORGE M. SMITH, JR., | ) |
| Defendant. | ) Date:    04/03/06<br>) Time:    1:30 p.m.<br>) Judge:   David A. Ezra |
| | ) (UNDER SEAL) |

N:\LOR\CLIENTS\Smith_George\psi_resp.wpd

**RESPONSE TO DRAFT PRESENTENCE REPORT**



SEALED

BY ORDER OF THE COURT