# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/12/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00234DAE |
| CASE NAME: | United States of America Vs. George M. Smith, Jr. |
| ATTYS FOR PLA: | Tracy A. Hino and Agent Carter |
| ATTYS FOR DEFT: | Loretta Faymonville |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/12/2006 | TIME: | 9:02am-9:18am |

COURT ACTION:  EP: Sentencing to Counts 1, 2, 3, 4 and 5 of the Indictment and Defendant's Motion for Downward Departure-Defendant present not in Custody. (NON-CONTESTED HEARING)

No Plea Agreement.

The Court adopts the presentence investigation report without change.

Defendant Addresses the court.

Defendant's Motion for Downward Departure-9:08am-9:10am-is hereby Granted.

Sentence as to Counts 1, 2, 3, 4 and 5 of the Indictment-

No Imprisonment.

Probation-5 Years as to Count 1 and 2 Years as to each of Counts 2, 3, 4 and 5 to run consecutively with Count 1

Special Conditions of Probation-

1.  That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment. He shall also refrain from the use of alcohol for the first 4 years of probation.

8. That restitution of $33, 914 is due immediately to the following:

| Victims | Restitution Amount |
|---|---|
| Captial One | $ 196.33 |
| Citi Commerce Solutions | 7,203.87 |
| Citibank (S. Dakota) N. A. | 4,063.44 |
| Citifinancial | 2,300.00 |
| FDS Bank | 975.01 |
| GE Consumer Finance (JC Penney) | 8,171.30 |
| GE Consumer Finance (Wal-Mart) | 748.76 |
| Home Depot | 4,876.18 |
| Sears National Bank | 939.57 |
| T Mobile USA, Inc. | 3,509.88 |
| Verizon Wireless | 929.66 |

with any remaining balance upon release to be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived for the first 4 years.

9. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

Special Assessment-$500.00

Defendant Advised of his right to Appeal.

Submitted by Leslie L. Sai, Courtroom Manager