# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/12/06  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00234DAE |
| CASE NAME: | United States of America Vs. George M. Smith, Jr. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Debra Chun |
| DATE: | 4/12/06 | TIME: | |

COURT ACTION:  EO: Amendment to Sentencing of Defendant George M. Smith, Jr. on 4/12/2006-

The Court modifies the term of probation as follows:

> That the defendant serve a term of Probation of 5 Years as to each of Counts 1 to 5, with all terms to run concurrently.

The concurrent terms of probation are required by 18 U.S.C. Section 3564 (b).

All Counsel were notified of this Amendment to Sentencing.

All other Aspects of the Sentencing of this Defendant imposed on 4/12/2006 remain unchanged.

Submitted by Leslie L. Sai, Courtroom Manager